IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**PARAMOUNT PARKS, INC.**        *        Case No. 1:06CV086

    Plaintiff**,**                    (Judge Susan J. Dlott)

vs.                            *

**UNITED NATIONAL INSURANCE**        **STIPULATION OF DISMISSAL WITH**
**COMPANY**                          **PREJUDICE**
                            *
    Defendant

    All matters in controversy between the parties hereto having been amicably resolved, the within matter is hereby dismissed, with prejudice.  Each party to bear its own costs.


s/R. Kenneth Wellington
R. Kenneth Wellington, II
Graydon, Head & Ritchey
511 Walnut Street
Suite 1900
Cincinnati, OH  45202
Attorney for Plaintiff


s/Mark A. MacDonald
Mark A. MacDonald (0009473)
FREUND, FREEZE & ARNOLD
Fourth & Walnut Centre
105 E. Fourth Street, Suite 1400
Cincinnati, OH  45202-4035
Attorney for Defendant